932 F.2d 963
 Johnathan Lee X
v.
Bratten (Irene), Bair (Toni), Taylor (John), Murray
(Edward), Larsen (C.D.), Williams (David), Smith (David),
Killeen (Joseph), Bullock (Thomas), Greene (Fred), Thompson
(Charles), Coleman (Betty), Newton (Faye), Watkins
(Christopher), Sheffield (Wayne), Stovall (Wayne), Toyster
(Joanne), Jones (O.V.), Batton (S.), Miss Hatcher, Mrs.
Dougherty, Evans (Lucille), Miss Bower, Oliver (W.J.), Shaw
(R.), Crenshaw (H.), Gulmatico (Oscar)
 NO. 90-6676
 United States Court of Appeals,
Fourth Circuit.
 MAY 15, 1991
 
 1
 Appeal From: D.Va.
 
 
 2
 AFFIRMED IN PART, VACATED IN PART AND REMANDED.